UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:
Ray Lloyd Erbe
Donna Erve
    Debtor(s).    /

Case No. 09-19234-CPM
Chapter 13

## NOTICE OF FILING AMENDED CHAPTER 13 PLAN

Debtor(s), by and through the undersigned counsel, hereby give notice of filing Third Amended Chapter 13 Plan as attached hereto.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on April 28, 2010, by U.S. Mail and/or electronic mail via CM/ECF pursuant to Local Rule 7005-3 to:

John Waage
P.O. Box 25001
Bradenton, FL 34206-5001

Ray and Donna Erbe
14261 Hays Road
Brooksville, FL 34610

And to Attached Court Matrix…

/s/ David R. Singha
David R. Singha
FL Bar # 120375
Clark & Washington, P.C.
4107 West Spruce Street
Suite 200
Tampa, FL 33607
813-490-4858
Attorney for Debtor(s)

Label Matrix for local noticing
113A-8
Case 8:09-bk-19234-CPM
Middle District of Florida
Tampa
Wed Apr 28 09:37:47 EDT 2010

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

National Capital Management, LLC
8245 Tournament Drive, Ste. 230
Memphis, TN 38125-1741

Recovery Management Systems Corporation
Attn Ramesh Singh
25 SE 2nd Ave Ste 1120
Miami, Fl 33131-1605

United States Bankruptcy Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602-3849

American Suzuki Fin Sv
5700 Crooks Rd Ste 301
Troy, MI 48098-2809

American Suzuki Financial Services Company
Post Office Box 130156
Roseville, MN 55113-0002

Barclays Bank Delaware
Attention: Customer Support Department
Po Box 8833
Wilmington, DE 19899-8833

CANDICA, L.L.C.
C O Weinstein And Riley, PS
2001 Western Avenue, Ste 400
Seattle, Wa 98121-3132

Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668

GE Consumer Finance
For GE Money Bank
dba CARECREDIT/GEMB
PO Box 960061
Orlando FL 32896-0061

GEMB / HH Gregg
Attention: Bankruptcy
Po Box 103106
Roswell, GA 30076-9106

Gemb/bombardier
Attention: Bankruptcy
Po Box 103106
Roswell, GA 30076-9106

Gemb/funancing
Po Box 981439
El Paso, TX 79998-1439

Gemb/gapdc
Po Box 981400
El Paso, TX 79998-1400

Gemb/jcp
Attention: Bankruptcy
Po Box 103106
Roswell, GA 30076-9106

Gemb/walmart
Po Box 981400
El Paso, TX 79998-1400

Grow Financial FCU Visa
PO Box 6624
Tampa, FL 33608-0624

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

Household Finance Corporation III
by PRA Receivables Management, LLC
PO Box 12907
Norfolk VA 23541-0907

Hsbc Best Buy
Attn: Bankruptcy
Po Box 6985
Bridge Water, NJ 08807-0985

(p)HSBC BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 5213
CAROL STREAM IL 60197-5213

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lowes / MBGA
Attention: Bankruptcy Department
Po Box 103106
Roswell, GA 30076-9106

Macys/fdsb
Macy's Bankruptcy
Po Box 8053
Mason, OH 45040-8053

Maf Collection Service
134 S Tampa St
Tampa, FL 33602-5354

Mattress Frm
Po Box 94498
Las Vegas, NV 89193-4498

National Capital Management, LLC.
8245 Tournament Drive
Suite 230
Memphis, TN 38125-1741
USA

Office of US Attorney
Attn Civil Process Clerk
400 North Tampa St Suite 3200
Tampa FL 33602-4774

| | | |
|---|---|---|
| PRA Receivables Management, Llc<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541-1067 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Stephen R. Williams, Esq.<br>Attorney for Plaintiff<br>45321 US Highway 19<br>New Port Richey, FL 34652 |
| Td Rcs/yard Card<br>1000 Macarthur Blvd<br>Mahwah, NJ 07430-2035 | Us Bank Home Mortgage<br>Attn: Bankruptcy Dept<br>Po Box 5229<br>Cincinnati, OH 45201-5229 | Wash Mutual/Providian<br>Attn: Bankruptcy Dept<br>Po Box 10467<br>Greenville, SC 29603-0467 |
| Wells Fargo Bank NA<br>4137 121st Street<br>Urbandale IA 50323-2310 | Wells Fargo Financial Florida Inc.<br>Attn: MAC F6582-034<br>PO BOX 500<br>Chester, PA 19016-0500 | Wells Fargo Financial National Bank<br>4137 121st Street<br>Urbandale IA 50323-2310 |
| Wells Fargo Home Mtg<br>Attention: Bankruptcy Department  MAC-X<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 | WF Fin Bank<br>Wells Fargo Financial<br>4137 121st St<br>Urbendale, IA 50323-2310 | Wffinancial<br>1 International Plaza<br>Philadelphia, PA 19113-1510 |
| Wffinancial<br>13128 Cortez Blvd<br>Spring Hill, FL 34613-4858 | David R Singha<br>Clark & Washington, P.C.<br>4107 West Spruce Street, Suite 200<br>Tampa, FL 33607-2346 | Donna Lee Erbe<br>14261  Hays RD<br>Spring Hill, FL 34610-7629 |
| Jon Waage<br>P O Box 25001<br>Bradenton, FL 34206-5001 | Ray L. Erbe<br>14261  Hays RD<br>Spring Hill, FL 34610-7629 | Stephen R,. Williams<br>Williams, Ristoff & Proper, PLC<br>4532 US Hwy 19<br>New Port Richey, FL 34652-4964 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Hsbc/rs<br>Hsbc Retail Services Attn: Bankruptcy<br>Po Box 15522<br>Wilmington, DE 19850 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | End of Label Matrix<br>Mailable recipients    47<br>Bypassed recipients     0<br>Total                  47 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Debtor(s): __Ray and Donna Erbe__

Third Amended Chapter 13 Plan

You should read this Plan carefully and discuss it with your attorney. Confirmation of this Plan, as modified by the Bankruptcy Court, may modify your rights by providing for payment of less than the full amount of your claim, by setting the value of the collateral securing your claim, and/or by setting the interest rate on your claim. Payments distributed by the Trustee, as herein provided or as modified by the Court, are subject to the availability of funds.

**All secured creditors, including mortgage creditors, must be paid through the Plan as part of the Plan payment to the Chapter 13 Trustee.** The only exception will be; if a Debtor is current with a secured creditor, the Debtor may file a separate motion asking the court to allow them to make direct payments to that creditor. If the Debtor is allowed to make direct payments, the stay will lift as to that property and creditor, and that property will no longer have any bankruptcy court protection.

**PLAN PAYMENTS AND LENGTH OF PLAN:** The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Trustee. The Debtor(s) shall pay the Trustee by money order or cashier's check following the filing of this Chapter 13 plan the sum of **$610.00** for 60 months. Each pre-confirmation plan payment shall include, adequate protection payments made pursuant to §1326(a)(1)(C).

**CLAIMS GENERALLY:** The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payments to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the court orders otherwise. Objections to claims may be filed before or after confirmation, according to the limitations set forth in the Court's Order Establishing Duties.

**ADMINISTRATIVE CLAIMS:** Trustee will pay in full allowed administrative claims and expenses pursuant to §507(a)(2) as set forth below, unless the holder of such claim or expense has agreed to a different treatment of its claim.

**TRUSTEE FEES:** Trustee shall receive a fee for each disbursement, the percentage of which is fixed periodically by the United States Trustee.

**ATTORNEYS FEES FOR DEBTOR'S COUNSEL PAID IN PLAN:**

Attorney fees shall be paid in the amount of $500.00 per month until paid in full:

| Total Amount of Attorneys' Fees: | $3,600.00 | Amount Pain Through Plan: | $3,600.00 |
|---|---|---|---|
| Clark & Washington, P.C. | | | |

**PRIORITY CLAIMS:**

(A) Domestic Support Obligations: Debtor(s) is required to pay all post-petition domestic support obligations directly to the holder of the claim. Unless otherwise specified in this Plan, the following priority claims under 11 U.S.C. §507(a)(1), domestic support obligations, will be pain in full pursuant to 11 U.S.C. §1322(a)(2). These claims will be paid at the same time as claims secured by personal property, arrearage claims secured by real property, and arrearage claims for assumed leases or executory contracts.

| Name of Creditor | Total Est. Claim | Estimated Payment |
|---|---|---|
|  |  |  |

Pursuant to §507(a)(1)(B) and §1322(a)(4), the following domestic support obligation claims are assigned to, owed to, or recoverable by a governmental unit, and/or not assigned to said entity for the purpose of collection.

**Claimant and Proposed Treatment:**

1

**(B) Other Priority Claims (e.g., tax claims):** These priority claims will be paid in full, but will not be funded until after all secured claims, lease arrearage claims, and domestic support claims are paid in full.

| Name of Creditor | Total Est. Claim | Estimated Payment/ Month |
|---|---|---|
| | | |

### SECURED CLAIMS:

**Pre-Confirmation Adequate Protection Payments:** No later than 30 days after the date of the filing of this Plan or the Order for Relief, whichever is earlier, the Debtor(s) shall make the following adequate protection payments to creditors pursuant to §1326(a)(1)(C). If the Debtor(s) makes such adequate protection payments on allowed claims to the Trustee pending confirmation of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection. If Debtor(s) elects to make such adequate protection payments directly to the creditor, and such creditor is not otherwise paid through the Plan, upon confirmation said claims shall be neither dealt with nor affected by the Plan as confirmed.

| Name of Creditor | Total Est. Claim | Estimated Payment Per Month |
|---|---|---|
| US Bank ( 1st Homestead) | | (outside plan) |
| HSBC  (2nd Mortgage) | | (outside plan) |
| Wells Fargo (F-150) | | (outside plan) |
| GE Money Bank  (motor cycle) | | (outside plan) |
| HSBC (Best Buy) | $1647.00 | $31.00 |

**(A) Claims Secured by Real Property Which Debtor(s) Intends to Retain / Mortgage Payments Paid Through the Plan:** Debtor(s) will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the plan. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date  after    the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Name of Creditor | Total Est. Claim | Estimated Payment Per Month |
|---|---|---|
| | | |

**(B) Claims Secured by Real Property Which Debtor(s) Intend(s) to Retain / Arrearages Paid Through the Plan:** In addition to the provisions in Paragraph A above requiring all post-petition mortgage payments to be paid to the Trustee as part of the Plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims:

| Name of Creditor | Total Est. Arrearage | Estimated Payment Per Month |
|---|---|---|
| | | |
| | | |

**(C) Claims to Which §506 Valuation is NOT Applicable:** Debts secured by a purchase, money security interest in a vehicle for which the debt was incurred within 910 days of filing the bankruptcy petition, or, if the collateral for the debt is any other thing of value, the debt was incurred within one year of filing. Upon confirmation of the Plan, the interest rate and value shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds. Upon timely written objection filed by a creditor, the Debtor(s) may elect to surrender the property to creditor in full satisfaction of the value of the collateral indicated in the creditor's claim. **The Following Creditor(s) shall retain its lien and be paid the full balance of its secured claim plus the lower of (1) and interest rate consistent with the "Till Rate" or (2) the contract rate of interest on the secured obligation.**

| Name of Creditor/Security Ad. | In Plan – Value | Ad. Prot | Approximate Total to be Pd. |
|---|---|---|---|
| | | | |

**(D) Claims to Which §506 Valuation is Applicable:**

| Name of Creditor/Security Ad. | Prot Pmt. In Plan – Value | Int. Rate -Total to be Pd. |
|---|---|---|
| | | |

**(E) Secured Claims on Personal Property – Balance Including any Arrearage Paid in Plan:**

| Name of Creditor/Security | Est. Amount | Int. Rate | Total to be Paid |
|---|---|---|---|
| | | | |

**Surrender of Collateral:** Debtor(s) will surrender the following collateral no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. Upon Plan confirmation, the automatic stay will be deemed lifted for the collateral identified below for surrender and the creditor need not file a Motion to Lift the Stay in order to repossess, foreclose upon or sell the collateral. Nothing herein is intended to lift any applicable co-Debtor stay, or to abrogate Debtor's state law contract rights

| Name of Creditor | Collateral to be Surrendered |
|---|---|
| American Suzuki Financial Services | 2008 Suzuki (son's vehicle) |

### SECURED – LIENS TO BE AVOIDED:

| Name of Creditor/Security | Estimated Amount |
|---|---|
| | |

### LEASES/EXECUTORY CONTRACTS:

| Name of Creditor/Security | Assume/Reject | Estimated Arrears |
|---|---|---|
| | | |

### OTHER CREDITORS PAID IN FULL IN PLAN:

| Name of Creditor/Description | Estimated Amount |
|---|---|
| | |

**UNSECURED CREDITORS:** Unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is **$27,822.00.**

### LAWSUITS
The debtor(s) will dedicate the net proceeds from the following lawsuits (if any) to the plan:

| Case Style: | Court/Case No. |
|---|---|
| Personal Injury Claim | Not yet filed |

3

**ORDER OF DISTRIBUTION /OR AS SPECIFIED ABOVE**

1. Adequate protection over life of plan or until creditor is paid I in full.

2. Allowed Attorney's fees.

3. Secured Valued Balance plus interest over the life of the plan or as otherwise specified, pro rata.

4. Domestic Support Obligation s under $500.00, pro rata.

5. Small Secured creditors-Under $500.00.

6. Arrearages and Domestic Support Obligations, pro rata

7. Other Priority Creditors, pro rata

8. Pro-Rata Distribution to Unsecured Creditors.

**OTHER PROVISIONS:**

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

2. Payments made to any creditor shall be the amount allowed in a proof of claim filed by the creditor or other amount as may be allowed by a specific Order of the Bankruptcy Court.

3. Property of the estate shall not vest in Debtor(s) until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

Dated: 4-28-10

_____
Debtor

_____
Debtor

4

Plan Summary

| Creditors | Amount to Be Paid Under Plan |
|---|---|
| 1. Secured Claims (arrearage or balance in plan)<br>a. none | $ |
| 2. Priority Unsecured Claims<br>a.<br>b. none | $<br>$ |
| 3. Executory Contracts<br>a. none | $ |
| 4. Non Dischargeable Unsecured Claims<br>a. none | $ |
| 5. Student Loan Debts<br>a. none | $ |
| 6. General Unsecured Debts<br>a. | $27,822.00 |
| 7. Lawsuits<br>a. none | $ |
| 8. Attorney's Fees<br>a. Clark and Washington | $ 3,600.00 |
| **Subtotal** | **$ 31,422.00** |
| Trustee's fee on Plan Payment    @10% | $ 3,142.00 |
| **Total Amount** | **$ 34,564.00** |

60 months x 576.00 =                    $ 34,564.00

Chapter 13 Plan Payment:                $ 576.00

Monthly Adequate Protection:

a. US Bank (1st Mortgage)               outside plan
b. HSBC (2nd Mortgage)                  outside plan
c. Wells Fargo (F-150)                  outside plan
d. GE Money Bank (motorcycle)           outside plan
e. HSBC (Best Buy)                      $31.00

Adequate Protection Payment Subtotal    $31.00

Trustee fee on Adequate Protection Payment    $ 3.00

Monthly Adequate Protection Payment Total     $ 34.00

Monthly Chapter 13 Plan Payment       +   $ 576.00

**Total Amount to be paid to Chapter 13 Trustee**   $ 610.00

5